Form 12

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs.** Antwan Andrade

**Docket No.** 3:00CR00167(DJS)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW,** Bunita B. Keyes, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of ANTWAN ANDRADE, who was sentenced to 21 months imprisonment for violation of 18 U.S.C. § 371, Conspiracy to Commit Bank Fraud by the Honorable Dominic J. Squatrito, Senior United States District Judge, sitting in the Court at Hartford, Connecticut, on June 13, 2001, who fixed the period of supervision at three years which commenced on October 4, 2002, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows: 1) The defendant shall participate in substance abuse and mental health treatment and counseling programs, either inpatient or outpatient, as directed by the United States Probation Office, which may include random urinalysis testing; 2) The defendant shall receive educational and/or vocational training as deemed necessary by the United States Probation Office. The defendant shall pay all, or a portion of, the costs associated with such programs, based upon his ability to pay, as determined by the Probation Office; 3) The defendant shall provide the United States Probation Office with access to any requested financial information, including but not limited to tax returns; 4) The defendant shall not incur new charges or open additional lines of credit without prior written approval of the United States Probation Office; 5) The defendant shall be required to pay restitution in the amount of $23,797.48 to the victims of his offense pursuant to 18 U.S.C. §§ 3663, 3664. The defendant shall be jointly and severally liable with co-defendant Correndis Bonner for $9,836.34. In addition, the defendant shall be individually liable for $13,961.14. Payments shall be made at a rate of $50 per month or as otherwise instructed by the court should the defendant's financial condition change, and shall be due on the first day of each month, beginning with the first day of the of the month at least 60 days after his release from the Intensive Confinement Center.

Mr. Andrade's period of supervision is scheduled to terminate on October 3, 2005.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Charge No. 1 - Standard Condition: "You shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."** Mr. Andrade failed to report in person from May 6, 2005 until September 12, 2005. Numerous attempts were made to have Mr. Andrade report, which he did not comply with.

**Charge No. 2 - Special Condition: - "The defendant shall pay restitution in the amount of $23,352.48 at a rate of $50 per month."** Mr. Andrade has paid restitution once this year. He paid $25 on May 6, 2005. At the present time, he is in arrears $1,275. His current balance is $23,352.48.

**Charge No. 3 - Standard Condition: - "You shall notify the probation officer ten days prior to any change in residence or employment."** On May 6, 2005, Mr. Andrade reported that he was hired at Friendly's Restaurant in Newington, Connecticut. On June 28, 2005, the defendant's mother reported that Antwan Andrade works at Stop & Shop in West Hartford, Connecticut. Mr. Andrade did not report a change of employment until July 13, 2005. The actual date that he changed jobs is unknown.

**Charge No. 4 - Standard Condition: - "You shall refrain from the unlawful use of a controlled substance."** Mr. Andrade tested positive for marijuana on September 12, 2005.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Antwan Andrade, to appear, in Hartford, Connecticut on the 4th day of Octoberber 2005 at Hartford, Connecticut, to show cause why his term of supervision should not be revoked and his period of supervision be tolled.

**ORDER OF COURT**

Considered and ordered this day _16th_ of September 2005
and ordered filed and made a part of the records in the
above case.

_____
The Honorable Dominic J. Squatrito
Senior United States District Judge

Before me, The Honorable Dominic J. Squatrito, Senior United States District Judge, on this _16th_ day of September 2005
at _____, U.S. Probation Officer Bunita B. Keyes appeared and upon oath stated that the facts set forth in this petition
are true to the best of her knowledge and belief.

Sworn to By

_____
Bunita B. Keyes
United States Probation Officer

Place Hartford, Connecticut _____

Date _9 - 16 - 2005_____

_____
The Honorable Dominic J. Squatrito
Senior United States District Judge