PROBATION FORM NO. 34 (1/92)

Report and Order Terminating Probation/ Supervised Release

## United States District Court

FOR THE

### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

ANTWAN ANDRADE

Crim. No: 3:00CR00167(DJS)

Re: **Termination of Supervision**

It appearing that the above named had been placed on three years supervision on October 4, 2002, by the order of the Court. In June 2004, the Court sentenced the subject to one day imprisonment to be served on June 16, 2004, and he was placed back on supervised release for a period of 15 months and that the **TERM OF SUPERVISED RELEASE** was scheduled to expire on **September 16, 2005**. On the same date the term of supervised release was to expire the Probation Office presented a Petition of Violation of supervised release and the Court signed that petition. On October 4, 2005, an informal hearing was held and the Court instructed that the violation of supervised release be cancelled. It is therefore recommend that the defendant be discharged from supervision and that the defendant's supervised release be unsatisfactorily terminated.

Respectfully submitted,

Bunita B. Keyes
U. S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 7th day of Oct., 19 2005

The Honorable Dominic J. Squatrito
Senior United States District Court Judge